G. HOPKINS GUY, III (SBN 124811)
hopguy@orrick.com
MATTHEW J. HULT (SBN 197137)
matthult@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94030
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Plaintiff
NeuroSky, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEUROSKY, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>NEUROTEK, LLC, MINDWAVES, LTD. and JONATHAN D. COWAN,<br><br>  Defendants. | Case No. 3:09-CV-03831 (MEJ)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff NeuroSky, Inc. ("NeuroSky") voluntarily dismisses the declaratory judgment action it filed against Defendants NeuroTek, LLC, MindWaves, Ltd. and Jonathan D. Cowan (collectively "Defendants"), seeking declaratory judgments of non-infringement and invalidity regarding United States Patent Number 5,983,129.

Dated: November 20, 2009

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Matthew J. Hult

G. HOPKINS GUY, III
MATTHEW J. HULT
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94030
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Plaintiff
NeuroSky, Inc.



GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA